# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:25-mj-00330 |
| Melvin ARRAZOLA-Arteaga<br>(aka Mario ZELAYA-Bustillo; Carlos MURRILLO;<br>Antonio ZUNIGA-Arteaga) | ) ) ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 6, 2025 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Re-entry |

This criminal complaint is based on these facts:

See attached affidavit of DHS, Deportation Officer John Marshall

☑ Continued on the attached sheet.

By phone pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

DO John Marshall, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:15 p.m.

Date: 11/06/2025

*Judge's signature*

City and state: Portland, Oregon

Jeffrey Armistead, United States Magistrate Judge
*Printed name and title*